AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ALBERT A. PEARSALL
10406 BIRDIE LANE
UPPER MARLBORO, MD 20774

V.

HON. ALBERTO GONZALEZ
Attorney General
United States Dept.
of Justice
950 Penn Ave N.W.
WDC, 20530-0001

TO: (Name and address of Defendant)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:07CV00108

JUDGE: Paul L. Friedman

DECK TYPE: Employment Discrimination

DATE STAMP: 01/17/2007

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Mercer,
Of Counsel
Tec Law Group, PLLC
1000 Conn. Ave., suite 600
WDC  20036

**RECEIVED**
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN 17 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 2.5.07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Julius Fletcher | Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **Miss Willa Lee / Mailroom**

☐ Returned unexecuted: _____

☑ Other (specify): **Served summons at 950 Penn Ave N.W. WDC**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **2.5.07**            _____
                 Date                  Signature of Server

**6001 7th Pl. N.W. WDC**
Address of Server

**RECEIVED**
JUN - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.