UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. PEARSALL<br>10406 Birdie Lane<br>Upper Marlboro, MD 20774<br><br>             Plaintiff,<br>     v.<br><br>HON. ALBERTO GONZALEZ<br>Attorney General<br>United States Department Of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530<br><br>             Defendants. | Civil Action No. 07-0108 (PLF)<br>(ECF) |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2007, I caused the foregoing Praecipe to be served on plaintiff's attorney, John Mercer, via Electronic Case Filing (ECF).

JOHN MERCER
Tec Law Group, PLLC
1000 Connecticut Ave., Suite 600
Washington, D.C.  20036

/s/
_____
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153