UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT PEARSALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 07-0108 (PLF) |
| ) | |
| ALBERTO GONZALEZ, Attorney General, ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF PLAINTIFF'S FAILURE TO SERVE THE
UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**

The Plaintiff filed the instant complaint on January 1, 2007 and has failed to serve the United States Attorney for the District of Columbia and to file proof of such service as ordered by the Court on May 30, 2007.  Pursuant to the Federal Rule of Civil Procedure 4(i), proper service upon the United States government requires the Plaintiff to send a summons and complaint to both the "United States attorney for the district in which the action is brought" and the Attorney General of the United States.  On June 1, 2007, the Plaintiff filed a return of service that was purportedly served on the U.S. Attorney.  Dkt. #3,  "Return of Service/Affidavit of Summons and Complaint executed as to the US Attorney served on 2/5/07."  As the return of service indicates, Ms. Julius Fletcher served a summons upon "950 Penn Ave, NW."  Dkt. #3.  That address is the address of the Department of Justice, and not the address of the U.S. Attorney for the District of Columbia.  The U.S. Attorney's Office has no record of service by the Plaintiff.  Thus, the Plaintiff has not complied with the Court's order of June 1, 2007 which instructed the Plaintiff to "either cause process to be served and proof of service to be filed with the court or file a status report advising why service has not been made."

August 10, 2007                             Respectfully submitted,


                                                                        _____/s/_____
                                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                                              United States Attorney


                                              _____/s/_____
                                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                                              Assistant United States Attorney.


                                              _____/s/_____
                                              ANDREA McBARNETTE, D.C. Bar  # 483789
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 514-7153