FLETCHER'S LEGAL SERVICE
6001 7TH PLACE, N.W.
WASHINGTON, DC 20011
202-345-0936

ALBERT PEARSALL III
_Plaintiff_

vs.

No. 1:07CV00108

ALBERTO GONZALEZ
_Defendant_

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Julius Fletcher, having been duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: 53 / 11-25-53

That the residential or business address is: 6001 7th PL. N.W. WDC

That at 3:42 o'clock a.m./(p.m.) on the 13TH day of September, 20 07.

☐ I served the above named defendant(s) (personally) _____
_____ (defendant's name) a copy of the Summons, Complaint and Initial Order at _____

☑ I served the above named defendant(s) ALBERTO GONZALEZ (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode of (business) at 555 4th ST. N.W. with MS. ANGIE a person of approximately 30 years of age, who stated that he/she resides therein with the defendant.

**SPECIFIC FACTS:**

_____
Signature

Subscribed and sworn to before me this _____ day of _____, 20 _____

_____
Deputy Clerk/Notary Public