UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALBERT PEARSALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 07-0108 (PLF) |
| ) | |
| ALBERTO GONZALEZ, Attorney General, ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF PLAINTIFF'S FAILURE TO SERVE THE
UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA**

The Plaintiff filed the instant complaint on January 17, 2007 and has failed to effect proper service upon the United States Attorney for the District of Columbia as ordered by the Court on September 11, 2007.[1]  Pursuant to the Federal Rule of Civil Procedure 4(i), proper service upon the United States government requires the Plaintiff either to send a summons and complaint to the civil processing clerk at the office of the United States attorney for the district in which the action is brought or deliver a copy of the summons and complaint to an employee designated to accept such service.  Fed. R. Civ. P. 4(i).  Plaintiff filed an affidavit of service which claims that the summons and complaint was left at 555 4th St., N.W., the address of the U.S. Attorney's Office for the District of Columbia.  However, the summons and complaint were not delivered to an appropriate employee designated to accept such service, as the affidavit indicates.  The undersigned has informed the Plaintiff's counsel of the improper service.

---

[1] Plaintiff also earlier failed to effect proper service despite the May 30, 2007 order of the Court which instructed the Plaintiff to "either cause process to be served and proof of service to be filed with the court or file a status report advising why service has not been made."

Pursuant to the Federal Rules of Civil Procedure, the Defendant intends to file a response to the complaint within 60 days of proper service of the complaint. The Defendant intends to file a dispositive motion including a 12(b)(5) argument for dismissal if proper service is not made.

October 11, 2007                                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

_____/s/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153