UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT PEARSALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 07-0108 (PLF) |
| ) | |
| MICHAEL MUKASEY, Attorney General, ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION TO EXTEND**

The Defendant, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file a dispositive motion in response to the complaint. Specifically, Defendant requests that he be allowed to file a dispositive motion in response to the complaint by December 3, 2007. The present answer is due on November 13, 2007 and this is the Defendant's first motion for an extension of time. The undersigned left a message with Plaintiff's counsel requesting consent to the relief sought but had not heard back from Plaintiff's counsel before the filing of the herein motion. The Defendant is preparing to file a dispositive motion but the undersigned requires additional time to consult with agency counsel who will be out of the office on the day that the filing is due. Due to their work load in other cases, the holidays and vacation schedules of counsel, Defendant seeks an enlargement of time to respond to the complaint up to and including December 3, 2007. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to respond to the complaint be extended until December 3, 2007.

Dated: November 9, 2007        Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT PEARSALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 07-0108 (PLF) |
| ) | |
| MICHAEL MUKASEY, Attorney General, ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to file a dispositive motion in response to the complaint is extended to and including December 3, 2007.

_____
UNITED STATES DISTRICT JUDGE


Dated: _____, 2007