UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT PEARSALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 07-0108 (PLF) |
| ) | |
| MICHAEL MUKASEY, Attorney General, ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION TO EXTEND

    The Defendant, by and through his undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file a dispositive motion in response to the complaint.  Specifically, Defendant requests that he be allowed to file a dispositive motion in response to the complaint by December 17, 2007.  The present answer is due on December 3, 2007 and this is the Defendant's second motion for an extension of time.  The undersigned left a message with Plaintiff's counsel requesting consent to the relief sought but had not heard back from Plaintiff's counsel before the filing of the herein motion.

    The Defendant is diligently preparing a dispositive motion and intended to timely file but the Defendant realizes that it requires additional time so that the undersigned and agency counsel can further consult on the defenses and facts pertinent to this case.  Due to their work load in other cases, the holidays and vacation schedules of counsel, Defendant seeks an enlargement of time to file its dispositive motion up to and including December 17, 2007.  This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to respond to the complaint be extended until December 17, 2007.

Dated: December 3, 2007            Respectfully submitted,

                                  /s/
                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                  United States Attorney

                                  /s/
                                  RUDOLPH CONTRERAS, D.C. BAR # 434122
                                  Assistant United States Attorney.

                                  /s/
                                  ANDREA McBARNETTE, D.C. Bar # 483789
                                  Assistant United States Attorney Center Building
                                  555 Fourth Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT PEARSALL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALEZ, Attorney General, ) <br> United States Department of Justice, ) <br> ) <br> Defendant. ) | Case No: 07-0108 (PLF) |

**<u>ORDER</u>**

Upon consideration of the Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to file a dispositive motion in response to the complaint is extended to and including December 17, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007