UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT PEARSALL,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALBERTO GONZALEZ, Attorney General,  )<br>United States Department of Justice,  )<br>)<br>Defendant.  )<br>_____) | Civil Action No: 07-0108 (PLF) |

**NOTICE OF FILING OF BULKY EXHIBITS**

Exhibits 1-28 of Defendant's Motion to Dismiss Or, in the Alternative for Summary Judgment (Docket # 11) will be filed in the Clerk's Office in CD-ROM format. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday. A copy of the exhibits have been served upon Plaintiff's counsel by First-Class Mail.

Dated: December 20, 2007        Respectfully submitted,

　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. Bar # 498610
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. Bar # 434122
　　　　　　　　　　　　　　　　Assistant United States Attorney.

　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　ANDREA McBARNETTE, D.C. Bar # 483789
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 514-7153