UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT A. PEARSALL, III,               :
    Plaintiff,                    :
                                       :
                                       :
MICHAEL MUKASEY,                       :    Case No.:  07-0108 (PLF)
Attorney General,                      :
United States Department of Justice,   :
                                       :
    Defendant.                    :

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITIONS TO DEFENDANT'S DISPOSITIVE MOTIONS**

      Comes now the Plaintiff, Albert Pearsall, III, by and though his Counsel, John F. Mercer and moves this Court, pursuant to Rule 6(b) (1), Fed.R. Civ.P., to grant him an enlargement of time within which to file his opposition to the Defendant's dispositive motions filed in the above styled action on December 17, 2007.  A substantial portion of Plaintiff's counsel's time within which to prepare his opposition fell within the holiday period.  During that period, counsel's associates participating in this matter were unavailable. The Plaintiff has sought and received Defendant's consent to this enlargement of time. The Plaintiff seeks to and including January 21, 2008, within which to respond to the Defendant's dispositive motions. The instant motion is the Plaintiff's first motion for an enlargement of time regarding this matter. The motion is filed in good faith and will not unfairly prejudice the Defendant.

      Respectfully submitted,


      _____
      John F. Mercer,
      Of Counsel
      D.C. Bar # 184549
      Tec Law Group, PLLC
      1629 K Street, N.W.
      Suite 300
      Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing "Plaintiff's Motion for Enlargement of Time Within Which to File Plaintiff's Oppositions to Defendant's Dispositive Motions," was sent to the Defendant's Counsel, Andrea McBarnette, Esq., Assistant U.S. Attorney 555 Fourth Street, N.W., Washington, D.C., 20530, this 4th day of January, 2008.

      John F. Mercer

Dated: January 4, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALBERT A. PEARSALL, III,** : | |
|     **Plaintiff,** : | |
| : | |
| : | |
| **MICHAEL MUKASEY,** : | Case No.: 07-0108 (PLF) |
| **Attorney General,** : | |
| **United States Department of Justice,** : | |
| : | |
|     **Defendant.** : | |

## ORDER

Upon consideration of the "Plaintiff's Motion for Enlargement of Time Within Which to File Oppositions to Defendant's Dispositive Motions," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including January 21, 2008, within which to file his oppositions to the Defendant's dispositive motions.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2008