UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT A. PEARSALL, III,
    Plaintiff,

MICHAEL MUKASEY,
Attorney General,
United States Department of Justice,

    Defendant.

Case No.: 07-0108 (PLF)

### PLAINTIFF'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITIONS TO DEFENDANT'S DISPOSITIVE MOTIONS

Comes now the Plaintiff, Albert Pearsall, III, by and though his Counsel, John F. Mercer and moves this Court, pursuant to Rule 6(b)(1), Fed.R. Civ.P., to grant him a second enlargement of time within which to file his opposition to the Defendant's dispositive motions filed in the above styled action on December 17, 2007. Plaintiff's counsel has been suffering from viral pneumonia and bronchitis for the past three weeks. During the past week, Plaintiff's counsel has begun working full days and has taken several medical lab tests and x-rays, the results of which he should receive on January 18th. Based upon his improvement, Plaintiff's counsel believes his work on the oppositions can be completed by February 8, 2008. The Plaintiff has sought and received Defendant's consent to this enlargement of time. The Plaintiff seeks to and including February 8, 2008, within which to respond to the Defendant's dispositive motions. The instant motion is the Plaintiff's second motion for an enlargement of time regarding this matter. The motion is filed in good faith and will not unfairly prejudice the Defendant.

Respectfully submitted,

*/s/ John F. Mercer*

John F. Mercer,
Of Counsel
D.C. Bar # 184549
Tec Law Group, PLLC
1629 K Street, N.W.
Suite 300
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "Plaintiff's Second Motion for Enlargement of Time Within Which to File Plaintiff's Oppositions to Defendant's Dispositive Motions," was sent to the Defendant's Counsel, Andrea McBarnette, Esq., Assistant U.S. Attorney 555 Fourth Street, N.W., Washington, D.C., 20530, this 17th[th] day of January, 2008.

John F. Mercer

Dated: January 17, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALBERT A. PEARSALL, III,<br>    Plaintiff, | :<br>:<br>:<br>: |
| MICHAEL MUKASEY,<br>Attorney General,<br>United States Department of Justice,<br><br>    Defendant. | :   Case No.:  07-0108 (PLF)<br>:<br>:<br>:<br>: |

### ORDER

Upon consideration of the "Plaintiff's Second Motion for Enlargement of Time Within Which to File Oppositions to Defendant's Disposition Motions," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including February 8, 2008, within which to file his oppositions to the Defendant's dispositive motions.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2008