UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALBERT A. PEARSALL | ) | |
| 10406 Birdie Lane | ) | |
| Upper Marlboro, Maryland 20774 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL B. MUKASEY[1] | ) | Civil Action No. 07-0108 (PLF) |
| | ) | ECF |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Mercedeh Momeni, and withdraw the appearance of Andrea McBarnette as counsel for defendant in this action.

Respectfully submitted,

/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W., E - 4208
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

__/s/_____
ANDREA McBARNETTE
Assistant United States Attorney
555 Fourth Street, N.W., E - 4913
Washington, D.C. 20530
(202) 514-7153

---

[1] Since Michael Mukasey succeeded Acting Attorney General Peter Keisler as the Attorney General, Attorney General Mukasey is automatically substituted as a party.  See Fed. R. Civ. P. 25(d)(1).

## CERTIFICATE OF SERVICE

I certify that on January 22nd, 2008, the foregoing Notice of Substitution of Counsel was served upon counsel for Plaintiff via electronic filing to:

> John F. Mercer
> Tec Law Group, PLLC
> 1000 Connecticut Avenue, N.W. , Suite 600
> Washington, D.C. 20036
> jmjmercer@aol.com

                                                  /s/_____
                                                  MERCEDEH MOMENI
                                                  Assistant United States Attorney
                                                  555 4th Street, N.W., E - 4208
                                                  Washington, DC 20530
                                                  (202) 305-4851
                                                  (202) 514-8780 (facsimile)