# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALBERT A. PEARSALL, III,** | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| **MICHAEL  MUKASEY,** | : | **Case No.:  07-0108 (PLF)** |
| **Attorney General,** | : | |
| **United States Department of Justice,** | : | |
| | : | |
| **Defendant.** | : | |

### PLAINTIFF'S THIRD CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPPOSITIONS TO DEFENDANT'S DISPOSITIVE MOTIONS

Comes now the Plaintiff, Albert Pearsall, III, by and though his Counsel, John F. Mercer and moves this Court, pursuant to Rule 6(b) (1), Fed.R. Civ.P., to grant him a third enlargement of time within which to file his opposition to the Defendant's dispositive motions filed in the above styled action on December 17, 2007.  The Plaintiff has had difficulty locating several pertinent exhibits to be presented with his pleadings. He believes that this issue can be resolved within four working days. Accordingly, the Plaintiff believes his opposition can be completed on or by February 13, 2008.   The Plaintiff has sought and received Defendant's consent to this enlargement of time. The Plaintiff seeks up to and including February 13, 2008, within which to respond to the Defendant's dispositive motions.

Further, the parties have discussed the briefing schedule and have agreed that it would be appropriate for the Defendant to have up to and including March 7, 2008, within which to file a reply.

The instant motion is the Plaintiff's third motion for an enlargement of time regarding this matter. The motion is filed in good faith and will not unfairly prejudice the Defendant.

.                          Respectfully submitted,


Signed _____
John F. Mercer,
Of Counsel
D.C. Bar # 184549
Tec Law Group, PLLC
1629 K Street, N.W.
Suite 300
Washington, D.C. 20036

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing "Plaintiff's Third Motion for Enlargement of Time Within Which to File Plaintiff's Oppositions to Defendant's Dispositive Motions,"  was sent to the Defendant's Counsel, Mercedeh Momeni, Esq., Assistant U.S. Attorney 555 Fourth Street,  N.W., Washington, D.C., 20530, this 7th  day of February, 2008.


John F. Mercer


Dated: February 7, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALBERT A. PEARSALL, III,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| | **:** | |
| **MICHAEL  MUKASEY,** | **:** | **Case No.:  07-0108 (PLF)** |
| **Attorney General,** | **:** | |
| **United States Department of Justice,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### ORDER

Upon consideration of the "Plaintiff's Third Motion for Enlargement of Time Within Which to File Oppositions to Defendant's Disposition Motions," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including February 13, 2008, within which to file his oppositions to the Defendant's dispositive motions and the Defendant shall have to and including, March 7, 2008, within which to file a reply thereto.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____, 2008